PROB 12C
(6/16)

Report Date: March 13, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2018

SEAN F. MCAVOY, CLERK

Name of Offender: Richard James Peone   Case Number: 0980 2:17CR00181-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 20, 2018

Original Offense:        Escape From Custody, 18 U.S.C. § 751(a)

Original Sentence:       Prison - 153 days           Type of Supervision: Supervised Release
                         TSR - 36  days

Asst. U.S. Attorney:     George JC Jacobs, III       Date Supervision Commenced: March 5, 2018

Defense Attorney:        Andrea K. George            Date Supervision Expires: March 4, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center. That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 2, as noted above.<br><br>Mr. Peone violated the terms of his supervised release by failing to report as directed, on or about March 13, 2018.<br><br>On March 8, 2018, the undersigned officer contacted Mr. Peone by phone. At that time, he was directed to report to the U.S. Probation Office on March 13, 2018, at 10:00 a.m. Mr. Peone failed to report and his whereabouts are unknown. It appears he has absconded from supervision. |

Prob12C
**Re: Peone, Richard James**
**March 13, 2018**
**Page 2**

|   |   |
|---|---|
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 5, as noted above.

Mr. Peone violated the terms of his supervised release by failing to report a change in residence, on or about March 8, 2018, or since.

On March 5, 2018, Mr. Peone was transported to the SRRC. He was directed to remain at the SRCC pending admittance into an inpatient treatment facility. On March 8, 2018, Mr. Peone was granted a pass to visit his grandfather in the hospital. He ultimately had law enforcement contact related to a stolen vehicle. The undersigned officer had made contact with Mr. Peone by phone following his contact with law enforcement. Mr. Peone agreed to return to the SRRC.

Mr. Peone returned to the facility, but that same evening he advised the SRRC staff that he "fucked up" and then left the facility. Mr. Peone has not made contact with the undersigned officer and his whereabouts are unknown.

|   |   |
|---|---|
| 3 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions for supervision. |

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 13, as noted above.

Mr. Peone violated the terms of his supervised release on or about March 8, 2018, by leaving the SRRC without USPO approval.

On March 5, 2018, the undersigned officer completed a supervision intake with Mr. Peone. At that time, he was advised to remain at the SRRC until he is able to be admitted into an inpatient treatment facility.

On March 8, 2018, Mr. Peone left the SRRC and did not return.

|   |   |
|---|---|
| 4 | **Special Condition # 7**: You must reside in a residential reentry center (RRC) for a period up to 90 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

Prob12C
Re: Peone, Richard James
March 13, 2018
Page 3

**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 7, as noted above.

Mr. Peone violated the terms of his supervised release on or about March 8, 2018, by absconding from the SRRC.

On March 5, 2018, the undersigned officer completed a supervision intake with Mr. Peone. At that time, he was advised to remain at the SRRC until he is able to be admitted into an inpatient treatment facility.

On March 8, 2018, Mr. Peone left the SRRC and did not return.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 13, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

3/14/2018
Date