PROB 12C
(6/16)

Report Date: March 20, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2018

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard James Peone | Case Number: 0980 2:17CR00181-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 20, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Prison - 153 days<br>TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 5, 2018 | |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: March 4, 2021 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On March 5, 2018, supervision commenced in this matter. The U.S. Probation Office transported Richard Peone from the Spokane County Jail to the Spokane Residential Reentry Center (SRRC). That same day, a supervision intake was completed. Mr. Peone signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 1, as noted above.<br><br>Mr. Peone violated the terms of his supervised release by being charged with providing false statements to law enforcement, a misdemeanor, in violation of Spokane Municipal Code 10.07.020, on or about March 14, 2018.<br><br>On March 14, 2018, the undersigned officer was contacted by the Spokane Police Department. They advised they contacted Mr. Peone that morning in the west-central neighborhood after receiving complaints that he was wandering around knocking on random doors. When Mr. Peone was questioned by law enforcement, he provided two separate false identities. As a result, Mr. Peone was arrested and charged with making a false statement. |

Re: Peone, Richard James
March 20, 2018
Page 2

The U.S. Probation Office respectfully recommends that the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/13/2018.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | March 20, 2018 |
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Deanna Malouf Peterson_
Signature of Judicial Officer

3/20/2018
Date