FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD JAMES PEONE,<br><br>    Defendant. | NO: 2:17-CR-181-RMP<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND DENYING ACCOMPANYING MOTION TO EXPEDITE |

BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release, ECF No. 65, and Motion to Expedite the Motion to Modify Conditions of Release, ECF No. 66. Defendant Richard James Peone filed his motions on June 7, 2018, seeking to participate in a less rigid aftercare treatment program called Recovery Café. *See* ECF No. 65. On June 21, 2018, the Court issued an arrest warrant for Mr. Peone for alleged supervised release violations committed by Mr. Peone. Mr. Peone has not yet been apprehended. Therefore, the Court denies as moot Mr. Peone's motions.

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND DENYING ACCOMPANYING MOTION TO EXPEDITE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 65**, is **DENIED AS MOOT**.

2. Defendant's Motion to Expedite the Motion to Modify Conditions of Release, **ECF No. 66**, is **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** July 6, 2018.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       United States District Judge