Report Date:  August 12, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard James Peone       Case Number: 0980 2:17CR00181-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | |
|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. §§ 751(a) and 4082(a) | |
| Original Sentence: | Prison - 153 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>08/14/2018 | Prison - 11 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: May 8, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 7, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/06/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

    **Supporting Evidence**: On June 18, 2019, per Spokane Tribal Police reports 19-0571 and 19-0567, Mr. Peone is alleged to have committed the crimes of grand theft, simple assault, and cruelty to animals, a direct violation of mandatory condition number 1. The police reports indicate Mr Peone grabbed his mother's 6-month-old dachshund by the neck and swung it in the air causing it to defecate and urinate out of fear. The reports further indicate Mr. Peone stole various items from his mother while also throwing a plastic water bottle which barely missed her. A warrant for Mr. Peone's arrest was issued in response to these charges and remains active as of this writing.

    On May 10, 2019, Mr. Peone participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Peone signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/12/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

8/12/2019

Date