PROB 12C
(6/16)

Report Date: June 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard James Peone          Case Number: 0980 2:17CR00181-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 20, 2018

Original Offense:        Escape From Custody, 18 U.S.C. §§ 751(a) and 4082(a)

Original Sentence:       Prison - 153 days            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 11 months
08/14/2018               TSR - 24 months

Asst. U.S. Attorney:     Daniel Hugo Fruchter        Date Supervision Commenced: May 8, 2019

Defense Attorney:        Andrea K. George            Date Supervision Expires: May 7, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On May 10, 2019, Mr. Peone submitted a urine sample that tested presumptive positive for morphine. Thereafter, Mr. Peone admitted to the undersigned, and via a written statement, that he used heroin on May 9, 2019, a direct violation of mandatory condition number 3. |
| | On May 10, 2019, Mr. Peone participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Peone signed a copy of the conditions of supervision acknowledging his understanding of those conditions. |

Prob12C
**Re: Peone, Richard James**
**June 5, 2019**
**Page 2**

2      <u>**Mandatory Condition # 3**</u>: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

<u>**Supporting Evidence**</u>: On May 22, 2019, Mr. Peone submitted a urine sample that tested presumptive positive for marijuana, morphine, and methamphetamine. Thereafter, Mr. Peone admitted to the undersigned, and via a written statement, that he used marijuana, heroin, and methamphetamine on May 20, 2019, a direct violation of mandatory condition number 3.

On May 10, 2019, Mr. Peone participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Peone signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

3      <u>**Standard Condition # 2**</u>: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

<u>**Supporting Evidence**</u>: On May 31, 2019, Mr. Peone informed the undersigned that he "messed up" and that he had made arrangements to check in with Spokane Treatment and Recovery Services (STARS) to "detox" on June 3, 2019. The undersigned instructed Mr. Peone to report to the U.S. Probation Office on June 3, 2019, prior to checking into STARS, in which he acknowledged. Mr. Peone failed to report to the U.S. Probation Office on June 3, 2019, as instructed, a direct violation of standard condition number 2. Mr. Peone provided the undersigned with various excuses as to why he did not report as instructed.

On the morning of June 4, 2019, Mr. Peone informed the undersigned that he had checked into STARS. In the afternoon of June 4, 2019, Mr. Peone contacted the undersigned and inquired if a warrant was going to be put out for him as had he left STARS. Mr. Peone and the undersigned spoke at length, in which he agreed he was in much need of treatment and that he would go back and give STARS a chance. The undersigned directed Mr. Peone that he was to keep the undersigned informed, and for whatever reason if he was not in the STARS program, he would need to be at the U.S. Probation Office at 8 a.m. on June 6, 2019.

On June 6, 2019, the undersigned contacted STARS and was informed Mr. Peone was not currently in their program, and they were unaware of his status after he deviated from their program on June 5, 2019. Mr. Peone failed to report to the U.S. Probation Office on June 6, 2019, at 8 a.m. as instructed, and his current whereabouts are unknown.

On May 10, 2019, Mr. Peone participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Peone signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

Prob12C
**Re: Peone, Richard James**
**June 5, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/05/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/5/2019

Date