PROB 12C
(6/16)

Report Date:  September 11, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Richard James Peone               Case Number: 0980 2:17CR00181-RMP-1

Address of Offender:                         Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quakenbush, Senior U. S. District Judge

Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | |
|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. §§ 751(a) and 4082(a) | |
| Original Sentence: | Prison - 153 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>08/14/2018 | Prison - 11 months<br>TSR - 24 months | |
| Revocation Sentence:<br>09/09/2019 | Prison - 6 months<br>TSR - 19 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: September 1, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 31, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Peone violated the terms of his supervision by using methamphetamine and heroin on or around September 7, 2020, a direct violation of mandatory condition number 3.

On September 9, 2019, Mr. Peone appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release.

On September 9, 2020, the undersigned spoke with Mr. Peone while he was present at a sobering facility and he admitted to using methamphetamine and heroin, with the last use being on or about September 7, 2020.

Prob12C
**Re: Peone, Richard James**
**September 11, 2020**
**Page 2**

2        <u>**Standard Condition # 2**</u>: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer, about how and when to report to the probation officer, and you must report to the probation officer as instructed.

<u>**Supporting Evidence**</u>: It is alleged that Mr. Peone violated his conditions of supervision by failing to report to his probation officer as instructed on September 8 and 9, 2020, a direct violation of standard condition number 2.

On September 9, 2019, Mr. Peone appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release.

On September 1, 2020, Mr. Peone was released from federal custody to begin his term of supervised release. On September 4, 2020, Mr. Peone contacted the undersigned via telephone, at which time he was instructed to contact the undersigned via telephone on September 8, 2020. Mr. Peone failed to contact the undersigned on September 8, 2020, and the undersigned ascertained that Mr. Peone had checked himself into a local detoxification facility.

On the morning of September 9, 2020, the undersigned spoke with Mr. Peone and a staff member at Spokane Treatment and Recovery (STAR) in which it was confirmed that Mr. Peone had checked himself into STAR on September 8, 2020, and he was presently being held in their sobering unit. The undersigned ascertained that Mr. Peone had relapsed on illicit substances, and a substance abuse assessment was completed, which recommended criteria for intensive outpatient treatment was met and Mr. Peone concurred with this recommendation. The undersigned also learned Mr. Peone was going to be discharged from STAR on September 9, 2020, and the undersigned was very clear when speaking with Mr. Peone that he was to report to the undersigned via telephone upon his discharge to discuss a plan of action for his living and intensive outpatient treatment arrangements.

Mr. Peone failed to report to the undersigned upon his discharge from STAR on September 9, 2020. On September 10, 2020, the undersigned spoke with STAR staff, and it was confirmed that Mr. Peone was discharged from STAR on September 9, 2020, and he had yet to contact them, as they requested, so they could forward his assessment to his chosen treatment provider. On September 10, 2020, the undersigned was able to speak with Mr. Peone's roommate in which she stated Mr. Peone had returned home on September 9, 2020, though he was not presently at the residence. The undersigned requested she relay to Mr. Peone to contact the undersigned as soon as possible. As of this writing, Mr. Peone has failed to report to the undersigned via telephone as instructed, and his whereabouts are unknown as he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Peone, Richard James**
**September 11, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/11/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[ X ]    The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

Signature of Judicial Officer

9/11/2020

Date