PROB 12C
(6/16)

Report Date: October 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard James Peone    Case Number: 0980 2:17CR00181-RMP-1

Address of Offender:    Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 20, 2018

| | | |
|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 153 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>08/14/2018 | Prison - 11 months<br>TSR - 24 months | |
| Revocation Sentence:<br>09/09/2019 | Prison - 6 months<br>TSR - 19 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: September 1, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires:  March 31, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/11/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On or about October 15, 2020, it is alleged that Mr. Peone violated his conditions of supervised release as he left the federal judicial district without the permission of the probation officer, a direct violation of standard condition number 3.<br><br>On September 9, 2019, Mr. Peone appeared before Your Honor for the purpose of sentencing, and he was advised of all terms and conditions of his supervised release. |

Prob12C
**Re: Peone, Richard James**
October 19, 2020
Page 2

On October 15, 2020, collateral contact with the Idaho State Police (ISP) indicated that Mr. Peone was arrested in the District of Idaho by the ISP on outstanding warrants from various agencies. Mr. Peone did not have permission to leave the Eastern District of Washington from U.S. Probation and/or the Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/19/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/19/20

Date